AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

| | |
|---|---|
| NEARBY SYSTEMS LLC, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  2:26-cv-00251 |
| | ) |
| VALVOLINE INC. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Valvoline Inc.
c/o  CT Corporation System
350 North St. Paul Street
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jonathan L. Hardt (TX 24039906)
ROZIER HARDT MCDONOUGH PLLC
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  __3/27/2026__

_____David A. O'Toole_____
*Signature of Clerk or Deputy Clerk*

Case 2:26-cv-00251-JRG-RSP    Document 5    Filed 03/30/26    Page 2 of 2 PageID #:
Case 2:26-cv-00251-JRG-RSP    Document 3    Filed 03/27/26    Page 2 of 2 PageID #:
231

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-00251

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Valvoline Inc
was received by me on *(date)* 3/27/26 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Fulfillment Manager Brett Boswell, who is
designated by law to accept service of process on behalf of *(name of organization)*
CT Corporation System _____ on *(date)* 3/30/26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/30/26

_____
*Server's signature*

Caleb Malone, Process Server
*Printed name and title*

PO Box 720040, Dallas, TX 75372
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |