**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NEARBY SYSTEMS LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>VALVOLINE INC.,<br><br>       Defendant. | Case No. 2:26-cv-00251-JRG-RSP |

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

Notice is hereby given that the undersigned attorney, Erik J. Halverson of K&L Gates LLP, enters his appearance as counsel on behalf of Defendant Valvoline Inc., and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter.

Dated: May 8, 2026

Respectfully submitted,

<u>/s/ Erik J. Halverson</u>
Erik J. Halverson
Bar No. 333492CA
**K&L GATES LLP**
Four Embarcadero, Suite 1200
San Francisco, CA 94111
Tel.: (415) 885-8238
erik.halverson@klgates.com

*Attorney for Defendant
Valvoline Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 8, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Erik J. Halverson
Erik J. Halverson

2