**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| NEARBY SYSTEMS LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>VALVOLINE INC.,<br><br>              Defendant. | Case No. 2:26-cv-00251-JRG-RSP |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Valvoline Inc. hereby states that it is a public corporation and has no parent corporation. The Vanguard Group owns 10% or more of Valvoline Inc.'s stock.

Dated: May 22, 2026

Respectfully submitted,

/s/ Erik J. Halverson
Erik J. Halverson
Bar No. 333492CA
**K&L GATES LLP**
Four Embarcadero, Suite 1200
San Francisco, CA 94111
Tel.: (415) 885-8238
erik.halverson@klgates.com

*Attorney for Defendant*
*Valvoline Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 22, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<u>/s/ Erik J. Halverson</u>
Erik J. Halverson