EDTX UAET (03-2025)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

NEARBY SYSTEMS LLC

Plaintiff

v.

Civ. No. 2:26-cv-00251-JRG-RSP

VALVOLINE INC.

Defendant

## UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Valvoline Inc.

Date Party's answer was originally due: 06/05/2026

Date Party's answer is now due (must not exceed 45 days after original due date): 06/12/2026

Date: 06/04/2026

/s/ Erik J. Halverson

Full Name: Erik J. Halverson

State Bar No.: 333492CA

Address: K&L Gates LLP
Four Embarcadero, Suite 1200
San Francisco, CA 94111

Phone: (415) 882-8238

Fax: (415) 882-8220

Email: erik.halverson@klgates.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)