**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NEARBY SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>VALVOLINE INC.,<br><br>Defendant. | Case No. 2:26-cv-00251-JRG-RSP |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that the undersigned attorney, Ryan Elson of K&L Gates LLP, enters his appearance as counsel on behalf of Defendant Valvoline Inc., and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter.

Dated: June 22, 2026

Respectfully submitted,

/s/ Ryan R. Elson

Ryan R. Elson
Bar No. 24143987
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
Tel.: (512) 482-6800
ryan.elson@klgates.com

*Attorney for Defendant*
*Valvoline Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 22, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Ryan R. Elson
Ryan R. Elson