**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NEARBY SYSTEMS LLC,<br><br>Plaintiff,<br>v.<br><br>VALVOLINE, INC.,<br><br>Defendant. | Civil Action No. 2:26-cv-00251-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO CONDUCT EXPEDITED VENUE DISCOVERY AND TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)**

On July 13, 2026, Defendant Valvoline, Inc. ("Valvoline" or "Defendant") filed a Motion to Transfer under 28 U.S.C. § 1404(a) (the "Motion to Transfer"). *See* Dkt. No. 18. Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 26(d)(1), Plaintiff Nearby Systems LLC ("Nearby" or "Plaintiff") hereby moves for leave to conduct expedited venue discovery in this matter and to extend time to respond to the Motion to Transfer. The Parties have met and conferred and Defendant has indicated it does not oppose the relief sought herein.

Nearby contends that the proposed venue discovery is narrowly focused to resolve the Parties' dispute regarding venue. Nearby also maintains that good cause exists for the Court to grant this motion. See *Uniloc USA, Inc. v. Apple Inc*., No. 2:17-CV-00258-JRG, 2017 U.S. Dist. LEXIS 126523, at *3 (E.D. Tex. July 21, 2017) (granting motion for expedited venue discovery); *Blitzsafe Tex. LLC v. Mitsubishi Elec. Corp.,* No. 2:17-CV-00430-JRG, 2019 U.S. Dist. LEXIS 86350, *13 (E.D. Tex. May 22, 2019). Accordingly, Nearby requests that the Court exercise its broad discretion to allow Nearby to conduct limited, expedited venue-related discovery, and to extend the due date for Nearby's response to Defendant's Motion as follows:

1. Nearby will serve seven (7) interrogatories and seven (7) document requests within seven (7) days of the issuance of this Order;

2. Defendant shall respond to the interrogatories within thirty (30) days and produce responsive documents within thirty (30) days of service of said discovery requests;
3. Nearby may conduct a Rule 30(b)(6) deposition of Defendant on the topic of venue no later than seventy-five (75) days from issuance of this Order, and at a time, place and manner mutually agreed by the Parties and shall be limited to the minimum time necessary, but in no event longer than seven (7) hours total on the record;
4. The period to complete venue discovery shall close seventy-five (75) days from issuance of this Order;
5. Like any other discovery, the limited venue discovery shall be subject to all applicable objections;
6. The foregoing discovery shall not count toward the discovery limits set forth in the Federal Rules of Civil Procedure or the Discovery Order;
7. Nearby's response to the Motion to Transfer (Dkt. No. 18) shall be due within fourteen (14) days of the close of venue discovery; and
8. Defendant's Reply in support of the Motion to Transfer (Dkt. No. 18) shall be due fourteen (14) days after service of Nearby's response.

As noted above, the Parties have met and conferred regarding the relief requested herein. Defendant does not oppose Plaintiff's request for leave to conduct expedited venue discovery.

Of note, however, Defendant has indicated that it believes all non-venue related discovery should be stayed in this case during the pendency of the venue discovery period. The Parties are at an impasse as it relates to Defendant's requested stay and Defendant intends to file a separate, opposed motion to stay with this Court. The Parties will address that dispute through separate briefing before the Court.

Dated: July 24, 2026

Respectfully submitted,

By:*/s/ Jonathan L. Hardt*

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

C. Matthew Rozier (CO 46854)*
**ROZIER HARDT MCDONOUGH PLLC**
1001 Bannock Street, Suite 241
Denver, CO 80204
Telephone: (404) 779-5305; (202) 316-1591
Email: matt@rhmtrial.com

James F. McDonough, III (GA 117088) *
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Ave., Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

***Attorneys for Plaintiff NEARBY SYSTEMS LLC***

*Admitted to the Eastern District of Texas

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this July 24, 2026, I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

By:*/s/ Jonathan L. Hardt*
Jonathan L. Hardt

**CERTIFICATE OF CONFERENCE**

Pursuant to Eastern District of Texas Local Rule CV-7(h), counsel have met and conferred by email on July 16, 20, and 21, 2026, and by telephone on July 22, 2026, in a good faith effort to resolve all the issues regarding Plaintiff's Motion for Leave to Conduct Expedited Venue Discovery and to Extend Time to Respond to Defendant's Motion to Transfer under 28 U.S.C. § 1404(a). Defendant does not oppose the relief requested herein.

By:*/s/ Jonathan L. Hardt*
Jonathan L. Hardt