**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NEARBY SYSTEMS LLC,<br>*Plaintiff*,<br>v.<br>VALVOLINE, INC.,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:26-CV-00251-JRG-RSP |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time and for Leave to Conduct Expedited Venue Discovery. **Dkt. No. 21**. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is

**ORDERED** that the following conditions shall apply to venue-related discovery in the above-captioned case:

1. Nearby may serve seven (7) interrogatories and seven (7) document requests within seven (7) days of the issuance of this Order.
2. Valvoline shall respond to the interrogatories within thirty (30) days and produce responsive documents within thirty (30) days of service of said discovery requests.
3. Nearby may conduct a Rule 30(b)(6) deposition of Valvoline on the topic of venue no later than seventy-five (75) days from the issuance of this Order, and at a time, place and manner mutually agreed by the Parties and shall be limited to the minimum time necessary as deemed by Nearby, but in no event longer than seven (7) hours total on the record.
4. The period to complete venue discovery shall close seventy-five (75) days from the issuance of this Order.

5. Like any other discovery, the limited venue discovery shall be subject to all applicable objections.

6. The foregoing discovery shall not count toward the general discovery limits as set forth in the Federal Rules or in the Discovery Order.

7. Nearby's response to Valvoline's venue motion (Dkt. No. 18) shall be due within fourteen (14) days of the close of venue discovery as set forth herein. Valvoline's reply in support of its motion shall be due fourteen (14) days after service of Nearby's response. Nearby's sur-reply shall be due (7) days thereafter.

**SIGNED this 26th day of July, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE