**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NEARBY SYSTEMS LLC,<br>Plaintiff,<br>v.<br>VALVOLINE INC.<br>Defendant. | Civil Action No. 2:26-cv-00251-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF COMPLIANCE
WITH P.R. 3-1 AND 3-2**

Plaintiff Nearby Systems LLC, hereby gives notice that its P.R. 3-1 and 3-2 Disclosures, as required by the operative Scheduling Order (Dkt. No. 15), were served on the Defendant Valvoline Inc., by electronic mail on July 6, 2026.

Dated: August 10, 2026

Respectfully submitted,

By: */s/ Jonathan L. Hardt*

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

C. Matthew Rozier (CO 46854)*
**ROZIER HARDT MCDONOUGH PLLC**
1001 Bannock Street, Suite 241
Denver, CO 80204
Telephone: (404) 779-5305; (202) 316-1591
Email: matt@rhmtrial.com

James F. McDonough, III (GA 117088) *
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Ave., Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

***Attorneys for Plaintiff Integral Wireless Technologies LLC***

*Admitted to the Eastern District of Texas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 10th Day of August 2026, I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

By: */s/ Jonathan L. Hardt*
Jonathan L. Hardt