**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NEARBY SYSTEMS LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:26-CV-00251-JRG-RSP |
| VALVOLINE, INC., | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Before the Court is the parties' Joint Motion to Extend the Deadlines for the Parties to Comply with P.R. 3-3, 3-4 and Standing Order Regarding Subject Matter Eligibility Contentions. **Dkt. No. 36**. Having considered the Motion, noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is

**ORDERED** that Valvoline's deadlines to comply with P.R. 3-3, 3-4, and the Standing Order Regarding Subject Matter Eligibility Contentions are extended to September 11, 2026.

**SIGNED this 28th day of August, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE