**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NEARBY SYSTEMS LLC, *Plaintiff*, | § | |
| v. | § | CASE NO. 2:26-CV-00251-JRG-RSP |
| VALVOLINE, INC., *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw Its Motion to Compel Venue Discovery. **Dkt. No. 41.** In the Motion, Plaintiff represents the parties have resolved the underlying dispute, so the motion to compel (Dkt. No. 40) is no longer necessary. Having considered the Motion to Withdraw, and noting its unopposed nature, the Court finds it should be, and hereby is, **GRANTED**. Accordingly, it is

**ORDERED** that Plaintiff's Motion to Compel Venue Discovery, **Dkt. No. 40**, is **DENIED AS MOOT**.

**SIGNED this 7th day of October, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE